PROB 12A
(04/02)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLORADO

## Report on Offender under Supervision

Name of Offender:  CARRILLO-GARCIA, Hector          Case Number:  90-cr-140-03

Name of Sentencing Judicial Officer:  Jim R. Carrigan

Date of Original Sentence:  June 15, 1990

Original Offense:  Transportation of Illegal Aliens

Date Supervision Commenced:  06/15/90          Date Supervision Expired:  06/14/93

### Report on Conduct and Condition of Offender and Proposed Action

United States Probation Officer Melissa Fuentes, Southern District of Texas, Laredo Division, has requested a copy of the defendant's presentence report in Case No. 90-cr-140-03 to assist her in preparation of their presentence report, Case Number 0541/5:06CR00211-001.  The Probation Department has no objection to releasing this information and requests permission to do so.

   Respectfully submitted,                          Approved:


   Katrina M. Derby                                 Grace H. Sena
   Probation Officer Assistant                      Supervising Probation Officer
   Date:  March 27, 2006

G  I Concur with the Proposed Action
G  Submit a Request for Modification of the Condition(s) of Supervision
G  Submit a Request for Warrant or Summons
G  Schedule a Compliance Review Hearing
G  Other:


                                                    s/ Wiley Y. Daniel
                                                    Signature of Judicial Officer

                                                    March 27, 2006
                                                    Date